CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7034
    Fax:    (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 24-00593-JST |
| Plaintiff, | NOTICE OF DISMISSAL OF COUNT 2 OF THE INFORMATION |
| v. | |
| ELDIN JAHIR MIRALDA-CRUZ, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT, given and the parties' Plea Agreement and the Court's sentencing today of defendant ELDIN JAHIR MIRALDA-CRUZ for Count 1 of the above-captioned Information, the United States Attorney for the Northern District of California dismisses Count 2 of the above-captioned Information against the defendant. The defendant has no objection to the dismissal.

DATED: August 15, 2025                          Respectfully submitted,

                                                          CRAIG H. MISSAKIAN
                                                          United States Attorney

                                                           /s/
                                                          DANIEL N. KASSABIAN
                                                          Assistant United States Attorney

Leave is granted to the government to dismiss Count 2 of the above-captioned Information

1  against defendant ELDIN JAHIR MIRALDA-CRUZ.

4  Date: _____

   HON. JON S. TIGAR
   United States District Judge